UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE S. COOPER,<br><br>        Petitioner,<br><br>   v.<br><br>D. BAUGHMAN,<br><br>        Respondent. | No. 2:16-cv-3039 DB<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Respondent has moved for an enlargement of time within which to file an answer in this matter. Good cause appearing, IT IS HEREBY ORDERED that respondent's November 28, 2017 Motion for a 30-Day Extension of Time is granted. The time for filing respondent's responsive pleading is extended through and including December 29, 2017.

Dated: November 29, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB1/prisoner-habeas/coop.3039.resp.eot

1