UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE S. COOPER,<br><br>    Petitioner,<br><br>  v.<br><br>D. BAUGHMAN,<br><br>    Respondent. | No. 2:16-cv-3039 DB<br><br><br><br>ORDER |

  Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Both parties have consented to proceed before the undersigned for all purposes pursuant to 28 U.S.C. § 636(c). (ECF Nos 7, 13). Presently before the court is petitioner's motion to proceed in forma pauperis (ECF No. 11) and his motions for summary judgment (ECF Nos 20, 21).

  Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

  Petitioner has filed two identical motions for summary judgment. (ECF Nos. 20, 21.) Petitioner states he is filing a motion pursuant to Federal Rule of Civil Procedure 56. He argues he is entitled to summary judgment because after reviewing respondent's answer it is clear that respondent has failed to show or claim any genuine dispute related to the material facts.

1

While the Federal Rules of Civil Procedure may be applied to habeas proceedings, petitioner's motion for summary judgment is not appropriate in this instance. See Rule 12, Rules Governing Section 2254 Cases. A motion for summary judgment is not appropriate in a habeas proceeding because the court issues a final decision based upon a petition, answer, and optional traverse. Accordingly, petitioner's motions for summary judgment will be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis (ECF No. 11) is granted; and
2. Petitioner's motions for summary judgment (ECF Nos. 20, 21) are denied.

Dated: December 4, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB1/prisoner-habeas/coop.3039.ifp+msj